SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant McGladrey, LLP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATT YOUNGMAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>McGLADREY, LLP, a foreign Limited-Liability Partnership, doing business in the State of Nevada<br><br>　　　　　Defendant. | Case No.: 2:15-cv-01252-JCM-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Matt Youngman ("Plaintiff") and Defendant McGladrey, LLP ("Defendant"), by and through their respective counsel, have agreed to an extension of time of two (2) days for Plaintiff to file a response to Defendant's pending Motion to Dismiss (Doc. # 4), which was filed on July 2, 2015.  The current deadline for Plaintiff to file a response is July 20, 2015.  The 2-day extension would result in a new filing deadline of July 22, 2015.

　　　　This is the parties' first request and this Stipulation is made in good faith and is not intended for purposes of delay.

///

Accordingly, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that Plaintiff will have up to and including July 22, 2015, to file a response to Defendant's Motion to Dismiss (Doc. # 4).

Dated this 17th day of July, 2015.                    Dated this 17th day of July, 2015.

LAW OFFICES OF DANIEL MARKS                           OGLETREE, DEAKINS, NASH, SMOAK
                                                      & STEWART, P.C.


/s/ Nicole Young                                      /s/ Shelley L. Murray
Daniel Marks, Esq.                                    Suzanne L. Martin, Esq.
Nicole Young, Esq.                                    Shelley L. Murray, Esq.
610 South Ninth Street                                Wells Fargo Tower
Las Vegas, Nevada 89101                               Suite 1500
                                                      3800 Howard Hughes Parkway
*Attorney for Plaintiff*                              Las Vegas, NV  89169

                                                      *Attorneys for Defendant McGladrey, LLP*


**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

July 20, 2015
_____
Dated

2