SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant McGladrey, LLP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATT YOUNGMAN,<br><br>Plaintiff,<br><br>vs.<br><br>McGLADREY, LLP, a foreign Limited-Liability Partnership, doing business in the State of Nevada<br><br>Defendant. | Case No.: 2:15-cv-01252-JCM-GWF<br><br><br>**JOINT REQUEST AND ~~PROPOSED~~ ORDER FOR DISCOVERY STAY AND REFERRAL TO EARLY NEUTRAL EVALUATION** |

    Plaintiff, Matt Youngman ("Plaintiff") and Defendant McGladrey, LLP ("Defendant") by and through their respective attorneys' of record, hereby jointly request that the Court stay discovery and refer this case for an Early Neutral Evaluation ("ENE") Session.

    On May 19, 2015, Plaintiff filed a lawsuit against Defendant in the Eighth Judicial District Court in the State of Nevada alleging breach of employment contract, breach of the covenant of good faith and fair dealing, unjust enrichment, and quantum meruit.  On July 2, 2015, Defendant removed the lawsuit to the United Stated District Court, District of Nevada.   (Dkt. # 1.) Defendant also filed a Motion to Dismiss Plaintiff's complaint pursuant to Rule 12(b)(6), which could be dispositive.  (Dkt. # 4.)

On July 14, 2015, the parties participated in the Rule 26(f) conference, during which they agreed that other than completing the briefing on the pending Motion to Dismiss, the case would benefit from a stay of discovery and, upon approval of the Court, the parties' participation in an ENE Session.

There is good cause for a stay of discovery, which is in the Court's discretion, and referral to an ENE session, namely, affording the parties' an opportunity to resolve this case early without incurring attorneys' fee and costs in connection with discovery and/or additional law and motion. Furthermore, while Plaintiff does not assert employment discrimination claims which would result in the automatic referral of his case to an ENE Session under LR 16-6, this is an employment case as each and every one of Plaintiff's claims arise out of and relate to his employment and termination with Defendant.   In particular, he claims he is entitled to compensation under an employment agreement and severance under Defendant's policies.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

2

1    To that end, and in an effort to genuinely explore settlement without incurring unnecessary

2  costs in connection with discovery or additional law and motion, the parties respectfully request

3  that the Court stay discovery and order this case to for an ENE Session without delay.

4

5  Dated this 20th day of July, 2015.              Dated this 20th day of July, 2015.

6  Law Offices of Daniel Marks                     Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

7

8  /s/ Nicole Young                                /s/ Shelley L. Murray
   Daniel Marks                                    Suzanne L. Martin
9  Nicole Young                                     Shelley L. Murray
   610 South Ninth Street                          3800 Howard Hughes Parkway
10 Las Vegas, Nevada 89101                          Suite 1500
                                                    Las Vegas, NV  89169
11 *Attorney for Plaintiff*                         Telephone:  702.369.6800

12                                                  *Attorneys for Defendant McGladrey, LLP*

13

14

15                               **ORDER**

16
17 IT IS HEREBY ORDERED THAT:

18    1.  That the case be referred for Early Neutral Evaluation; and

19    2.  That in the meantime, discovery shall be stayed.

20 Dated this 21 day of July, 2015

21

22 _____
   UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

3