SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
SHELLEY L. MURRAY
Nevada Bar No. 12831
shelley.murray@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant McGladrey, LLP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MATT YOUNGMAN, | Case No.: 2:15-cv-01252-JCM-GWF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| McGLADREY, LLP, a foreign Limited-Liability Partnership, doing business in the State of Nevada | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to LR 6-1, 6-2, and 7-1, Defendant McGladrey, LLP ("Defendant") and Plaintiff Matt Youngman ("Plaintiff") by and through their respective counsel, have agreed to an extension of time of seven (7) days for Defendant to file a Reply in support of Defendant's pending Motion to Dismiss (Doc. # 4), which was filed on July 2, 2015.  The current deadline for Defendant to file a Reply is August 3, 2015.  The 7-day extension would result in a new filing deadline of August 10, 2015.

This is the parties' first request and this Stipulation is made in good faith and is not intended for purposes of delay.

///

Accordingly, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that Defendant will have up to and including August 10, 2015, to file a Reply in support of Defendant's Motion to Dismiss (Doc. # 4).

Dated this 28th day of July, 2015.                    Dated this 28th day of July, 2015.

LAW OFFICES OF DANIEL MARKS              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Nicole Young                                              /s/ Shelley L. Murray
Daniel Marks, Esq.                                           Suzanne L. Martin, Esq.
Nicole Young, Esq.                                           Shelley L. Murray, Esq.
610 South Ninth Street                                      Wells Fargo Tower
Las Vegas, Nevada 89101                                Suite 1500
                                                                        3800 Howard Hughes Parkway
*Attorneys for Plaintiff*                                    Las Vegas, NV  89169

                                                                        *Attorneys for Defendant McGladrey, LLP*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

July 29, 2015
_____
Dated

2