LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax (702) 386-6812
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATT YOUNGMAN,

    Plaintiff,

vs.

McGLADREY, LLP, a foreign Limited-Liability Partnership, doing business in the State of Nevada,

    Defendant.

Case No. 2:15-cv-01252-JCM-GWF

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S COUNTERMOTION FOR A MORE DEFINITE STATEMENT AND REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND (FIRST REQUEST)**

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Matt Youngman and Defendant McGladrey, LLP, by and through their respective counsel, have agreed to an extension of time of seven (7) days for Plaintiff to file his Reply in Support of his pending Countermotion for a More Definite Statement, which was filed on July 23, 2015 (Doc. # 21), and have agreed to an extension of time of seven (7) days for Plaintiff to file his Reply in Support of his pending Motion to Remand, which was filed on July 22, 2015 (Doc. # 14). The current deadline for both of those replies is August 20, 2015. The 7-day extension would result in a new filing deadline of August 27, 2015. This is the parties' first request, and this Stipulation is made in good faith and is not intended for purposes of delay.

/ / / /

/ / / /

/ / / /

1

Accordingly, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that Plaintiff will have up to and including August 27, 2015, to file a Reply in Support of Plaintiff's Countermotion for a More Definite Statement (Doc. # 21) and to file a Reply in Support of Plaintiff's Motion to Remand (Doc. # 14).

DATED this 19th day of August, 2015.   DATED this 19th day of August, 2015.

LAW OFFICE OF DANIEL MARKS   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 /s/  Nicole M. Young   /s/  Shelley L. Murray
DANIEL MARKS, ESQ.   SUZANNE L. MARTIN, ESQ.
Nevada State Bar No. 002003   Nevada State Bar No. 008833
NICOLE M. YOUNG, ESQ.   SHELLEY L. MURRAY, ESQ.
Nevada State Bar No. 12659   Nevada State Bar No. 12831
610 South Ninth Street   Wells Fargo Tower
Las Vegas, Nevada 89101   Suite 1500
Attorneys for Plaintiff   3800 Howard Hughes Parkway
   Las Vegas, Nevada 89169
   Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

August 20, 2015
_____
Dated