| | |
|---|---|
| 1 | LAW OFFICE OF DANIEL MARKS |
| | DANIEL MARKS, ESQ. |
| 2 | Nevada Bar No. 002003 |
| | NICOLE M. YOUNG, ESQ. |
| 3 | Nevada State Bar No. 12659 |
| | 610 South Ninth Street |
| 4 | Las Vegas, Nevada 89101 |
| | (702) 386-0536; Fax (702) 386-6812 |
| 5 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATT YOUNGMAN,

      Plaintiff,

vs.

McGLADREY, LLP, a foreign Limited-Liability Partnership, doing business in the State of Nevada,

      Defendant.

Case No.    2:15-cv-01252-JCM-GWF

**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION (FIRST REQUEST)**

Pursuant to LR 6-1, 6-2, and 7-1, Plaintiff Matt Youngman and Defendant McGladrey, LLP, by and through their respective counsel, have agreed to continue the Early Neutral Evaluation that is presently scheduled for September 23, 2015, at 8:30 a.m. to December 4, 2015, because Plaintiff's counsel is unavailable on September 23, 2015. This is the parties' first request, and this Stipulation is made in good faith and is not intended for purposes of delay.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

1

Accordingly, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED that the Early Neutral Evaluation that is presently scheduled for September 23, 2015, at 8:30 a.m. is continued to December 4, 2015, at 8:30 a.m.

DATED this __3rd__ day of September, 2015.      DATED this __3rd__ day of September, 2015.

LAW OFFICE OF DANIEL MARKS               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 /s/ Nicole M. Young                                              /s/ Suzanne L. Martin
DANIEL MARKS, ESQ.                                  SUZANNE L. MARTIN, ESQ.
Nevada State Bar No. 002003                         Nevada State Bar No. 008833
NICOLE M. YOUNG, ESQ.                              SHELLEY L. MURRAY, ESQ.
Nevada State Bar No. 12659                          Nevada State Bar No. 12831
610 South Ninth Street                                    Wells Fargo Tower
Las Vegas, Nevada 89101                              Suite 1500
Attorneys for Plaintiff                                      3800 Howard Hughes Parkway
                                                                       Las Vegas, Nevada 89169
                                                                       Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

IT IS FURTHER ORDERED that written evaluation statements must be submitted to Magistrate Judge Hoffman's chambers, Room 3014, no later than 12:00 p.m. on Wednesday, November 25, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

September 4, 2015
_____
Dated