# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATT YOUNGMAN, | |
| Plaintiff, | Case No.: 15-cv-01252-JCM-GWF |
| vs. | **ORDER** |
| McGLADREY, LLP, | **Motion to Strike Declaration - #30** |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Strike Declaration of Daniel Marks (#30), filed on August 10, 2015. Plaintiff filed his Opposition (#36) on August 27, 2015. Defendant filed a reply (#41) on September 8, 2015. The Court having review the motion and opposition and reply, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Motion to Strike Declaration of Daniel Marks (#30) is **denied**, to the extent that Plaintiff seeks to use the information in the declaration and the exhibits attached thereto to show that Defendant failed to follow its administrative procedures and not for purposes to establish liability or damages.

DATED this 14th day of September, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge