# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATT YOUNGMAN, | |
| Plaintiff, | Case No.: 15-cv-01252-JCM-GWF |
| vs. | **ORDER** |
| McGLADREY, LLP, | |
| Defendant. | |

This matter is before the Court on the Stipulation and Order to Continue Hearing (#44) filed September 16, 2015. The Court will grant the stipulation moving the hearing to October 8, 2015 at 3:30 p.m. The Court clarifies that it will be hearing the Countermotion to Stay (#35) and not the Motion to Dismiss the Complaint (#4) or the Countermotion to Treat Defendant's Motion as One for a More Definite Statements (#21). Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation and Order to Continue Hearing (#44) is **granted.** The hearing on the Countermotion to Stay (#35) is scheduled for Thursday, October 8, 2015 at 3:30 p.m.

DATED this 16th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge